# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

## COVER SHEET FOR AMENDMENTS

**Case Name:** Charles W. Carpenter / Pamela J. Carpenter

**Case No.:** 16-42665

### DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:

- [ ] **Amendment to Petition:**
    - [ ] Name [ ] Debtor(s) Mailing Address [ ] Alias
    - [ ] Signature [ ] Complying with Order Directing the Filing of Official Form(s)
- [ ] **Summary of Your Assets and Liabilities and Certain Statistical Information**
- [ ] **Statement of Financial Affairs**
- [x] **Schedules and List of Creditors:**
    - [ ] Schedule A/B
    - [ ] Schedule C   [ ] Debtor 2 Schedule C
    - [ ] List of Creditors [ ] Schedule D [ ] Schedule E/F and
        - [ ] Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$30.00 Fee Required**, or
        - [ ] Change address of a creditor already on the List of Creditors - **No Fee Required**
    - [ ] Schedule G
    - [ ] Schedule H
    - [x] Schedule I
    - [ ] Schedule J
    - [ ] Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):**

| | |
|---|---|
| **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. | |
| **Date** August 18, 2016 | **Signature** /s/ Thomas Paluchniak |
| **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. | |
| **Date** August 18, 2016 | **Signature** /s/ Charles W. Carpenter |
| **Date** August 18, 2016 | **Signature** /s/ Pamela J. Carpenter |

## CORRECTIONS TO THE LIST OF CREDITORS

**Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**          **PLEASE CHANGE TO:**

-NONE-

## ADDITIONS TO THE LIST OF CREDITORS

**Use this section to identify creditors added to the schedules and List of Creditors.**

**NAME OF CREDITOR:**

**ADDRESS:**

**NAME OF CREDITOR:**

**ADDRESS:**

**NAME OF CREDITOR:**

**ADDRESS:**

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Charles W. Carpenter / Pamela J. Carpenter**, Debtor(s)

Case No. **16-42665**
Chapter **13**

# CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2016, a copy of **the Cover Sheet for Amendments, Statement of Affirmations and Amended Schedule I** was served electronically or by regular United States mail to all interested parties.

/s/ Kim Justice
**Legal Secretary**
**BABUT LAW OFFICES, P.L.L.C.**
**700 Towner Street**
**Ypsilanti, MI 48198**
**(734) 485-7000 Fax:(734) 485-6251**
**kim@babutlaw.com**