# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

IN RE:

|  |  |
|---|---|
| Charles W. Carpenter, | CHAPTER 13 |
| Pamela J. Carpenter, | CASE NO. 16-42665-PJS |
| DEBTORS. | JUDGE PHILLIP J. SHEFFERLY |

_____/

## **STIPULATION FOR ENTRY OF ORDER ADJOURNING HEARING**

The Chapter 13 Standing Trustee, David Wm. Ruskin and Debtor Attorney, BABUT LAW OFFICES PLLC hereby stipulate and agree to the entry of an Order Adjourning Hearing in the form attached hereto as Exhibit 1.

OFFICE OF DAVID WM. RUSKIN,
STANDING CHAPTER 13 TRUSTEE

Approved:

| | |
|---|---|
| ___/s/ Lisa K. Mullen_____ | ___/s/ Thomas Paluchniak_____ |
| DAVID WM. RUSKIN (P26803) | THOMAS PALUCHNIAK (P70284) |
| Attorney and Chapter 13 Trustee | BABUT LAW OFFICES PLLC |
| LISA K. MULLEN (P55478), Staff Attorney | Attorney for Debtor |
| THOMAS D. DECARLO (P65330), Staff Attorney | 700 TOWNER STREET, |
| 1100 Travelers Tower | YPSILANTI, MI 48198-0000 |
| 26555 Evergreen Road | |
| Southfield, MI 48076-4251 | |
| Telephone (248) 352-7755 | |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

**IN RE:**

Charles W. Carpenter,
Pamela J. Carpenter,

                           DEBTORS.

_____/

CHAPTER 13
CASE NO. 16-42665-PJS
JUDGE PHILLIP J. SHEFFERLY

### ORDER ADJOURNING HEARING

This matter having come on for hearing on _____9/20/2016_____, regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☒ Motion to Dismiss Case ☐ Confirmation of Plan
☐ Motion for Loan Modification ☐ Plan Modification
☐ Motion for Relief from Stay as to creditor: _____ ☐ Other: _____
☐ Objection to Proof of Claim of creditor: _____

    The parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS HEREBY ORDERED that:**
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☒ The above referenced matter is adjourned to _10/18/2016_ at _9:00am._
☐ Debtor(s) shall be 100% current in Plan payments, pursuant to the Trustee's records on or before _____
☐ Debtor(s) shall file and serve _____ on or before _____
☐ Debtor(s) shall provide _____ to the Trustee on or before _____
☐ Other:

Exhibit 1