Fill in this information to identify the case:

Debtor 1        Charles W. Carpenter

Debtor 2        Pamela J. Carpenter
(Spouse, if filing)

United States Bankruptcy Court for the:        Eastern District of Michigan
                                                                    (State)

Case number    16-42665-

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** HSBC Bank USA, National Association, asTrustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2006-7

**Court claim no. (if known):** 15

**Last 4 digits** of any number you use to identify the debtor's account: 2 8 9 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 7/1/2018

**New total payment:** $ 1,198.65
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $471.14        New escrow payment: $ 484.48

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: ____%        New interest rate: ____%

   Current principal and interest payment: $ ____        New principal and interest payment: $ ____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ ____        New mortgage payment: $ ____

| Debtor 1 | Charles | W. | Carpenter | Case number (if known) 16-42665- |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /S/
Signature
Trott # 470393B01

Date 6-7-18

Print: Crystal Price-Buckley, Attorney (P69921)
First Name   Middle Name   Last Name

Title: Attorney for HSBC Bank USA, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2006-7

Company   Trott Law, P.C.

Address   31440 Northwestern Hwy Ste. 145
Number   Street

Farmington Hills, MI   48334-5422
City   State   ZIP Code

Contact phone   248.642.2515

Email   EasternECF@trottlaw.com



Ocwen Loan Servicing, LLC
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

04/30/2018

Account Number:

THOMAS PALUCHNIAK
700 TOWNER ST
YPSILANTI, MI 48198-5724

**Property Address:**
21861 Brimley Ct
Woodhaven, MI 48183-1650

Dear THOMAS PALUCHNIAK,

We have been notified you are representing Charles W Carpenter. Accordingly, the enclosed correspondence is being directed to you. The enclosures have not been sent directly to Charles W Carpenter. Please provide this correspondence to your client as you deem appropriate.

If you no longer represent Charles W Carpenter, or if you prefer we provide such notices directly to your client, please send a request in writing to:

Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

If you are authorizing us to communicate directly with your client, please specify whether the authorization covers written or verbal communication, or both.

Sincerely,
Loan Servicing

NMLS #

BKA_SHORTAGE_DA

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



| | Ocwen Loan Servicing, LLC | 1661 Worthington Road, Suite 100 |
| --- | --- | --- |
| | www.ocwen.com | West Palm Beach, FL 33409 |
| | *Helping Homeowners Is What We Do!®* | Toll Free: 800.746.2936 |

04/30/2018    Account Number: ███

Charles W Carpenter  
Pamela J Carpenter  
21861 Brimley Ct  
Woodhaven, MI 48183-1650

**Property Address:**  
21861 Brimley Ct  
Woodhaven, MI 48183-1650

**Analysis Date:** 04/30/2018

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
### BANKRUPTCY PROJECTIONS FOR THE COMING YEAR

Dear Customer(s),



**Why We Are Sending This Letter**

The enclosed update **follows notice of the account's involvement in a bankruptcy petition**, filed on 02/26/2016 under Chapter 13 of the Bankruptcy Code.

This statement relates to the <u>post-petition</u> escrow payments and disbursements only.



**What Needs To Be Done**

This statement should be reviewed carefully. The mortgage payment may be affected.

Please contact us at once if this account is not part of a Chapter 13 proceeding or plan.
If this account has filed for any other bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case, or received any other discharge under the U.S. Bankruptcy Code that applies to the referenced property, please be advised that this Notice is for informational purposes only and not intended as an attempt to collect a debt against you personally.

**For any questions,** the Customer Care Center can be reached toll-free at **888.554.6599**, Monday through Friday 8 am to 9 pm ET. Information concerning this account may also be found online at www.ocwencustomers.com.

Sincerely,  
Loan Servicing

Enclosure

NMLS # ███   BKA_SHORTAGE_DA

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



| | Ocwen Loan Servicing, LLC | 1661 Worthington Road, Suite 100 |
| --- | --- | --- |
| | www.ocwen.com | West Palm Beach, FL 33409 |
| OCWEN | Helping Homeowners Is What We Do!® | Toll Free: 800.746.2936 |

## IMPORTANT NOTICES
### PLEASE REVIEW THIS STATEMENT CAREFULLY - THE MORTGAGE PAYMENT MAY BE AFFECTED

This is a projection of activity in the escrow account during the coming escrow year based on:
- a) Anticipated payments to be paid into the escrow account, and
- b) Anticipated payments to be made from the escrow account

| Description of Next Disbursement | Due Date of Next Disbursement | Estimated Amount(s) of Next Disbursement |
| --- | --- | --- |
| City Tax | Aug 2018 | $2,918.24 |
| City Tax | Jan 2019 | $365.42 |
| Hazard Insurance | Mar 2019 | $2,432.00 |
| Total Annual Disbursements | | $5,715.66 |

**Target Escrow Payment:**                         $476.30 = (1/12th of $5,715.66)

**Starting Escrow Balance Needed as of Jul 2018:**      $2,918.24

| Month | Projected Payments To Escrow | Projected Payments From Escrow | Description | Projected Ending Balance | Required Balance Projections |
| --- | --- | --- | --- | --- | --- |
| Beginning Balance | | | | $2,820.10 | $2,918.24 |
| Jul-2018 | $476.30 | | | $3,296.40 | $3,394.54 |
| Aug-2018 | $476.30 | $2,918.24 | City Tax | $854.46 | $952.60(Cushion) |
| | | | (PARCEL # ▓▓▓) | | |
| Sep-2018 | $476.30 | | | $1,330.76 | $1,428.90 |
| Oct-2018 | $476.30 | | | $1,807.06 | $1,905.20 |
| Nov-2018 | $476.30 | | | $2,283.36 | $2,381.50 |
| Dec-2018 | $476.30 | | | $2,759.66 | $2,857.80 |
| Jan-2019 | $476.30 | $365.42 | City Tax | $2,870.54 | $2,968.68 |
| | | | (PARCEL # ▓▓▓) | | |
| Feb-2019 | $476.30 | | | $3,346.84 | $3,444.98 |
| Mar-2019 | $476.30 | $2,432.00 | Hazard Insurance | $1,391.14 | $1,489.28 |
| | | | (POLICY # ▓▓▓) | | |
| Apr-2019 | $476.30 | | | $1,867.44 | $1,965.58 |
| May-2019 | $476.30 | | | $2,343.74 | $2,441.88 |
| Jun-2019 | $476.30 | | | $2,820.04 | $2,918.18 |

NMLS # ▓▓▓                                                                                                                   BKA_SHORTAGE_DA

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



| Month | Projected Payments To Escrow | Projected Payments From Escrow | Description | Projected Ending Balance | Required Balance Projections |
|---|---|---|---|---|---|
| TOTALS= | $5,715.60 | $5,715.66 | | | |

## Escrow Cushion and Potential Escrow Shortage

In the event there is a tax and/or insurance increase over the coming escrow year, Federal law ( RESPA) allows additional funds to be held to prevent the escrow account from being overdrawn.

This additional amount, which is called a "cushion," may be up to 1/6th of the total payments estimated to be made from the escrow account for the coming escrow year.

To avoid a shortage, the escrow balance should not fall below the cushion amount at any time during the coming escrow year.

## Escrow Account Projections

**Total Anticipated Payments.** The anticipated payments from escrow for the coming year total $5,715.66.
**Required Escrow Cushion/Minimum Balance.** The required cushion amount is $952.60 (1/6 of $5,715.66).

Expected Balance Deficiency/Surplus - According to the last month of the account history, the expected escrow balance is $2,820.10, making the escrow balance deficiency $0.00 (the balance deficiency equals the total amount paid into escrow minus the total amount of money to be paid out this year). Total escrow shortage - Based on the expected balance deficiency of $0.00, and the minimum required balance/cushion of $952.60, an additional $98.14 is needed for the escrow balance. Projected Monthly Payment for Escrow - The total escrow shortage of $98.14 has been spread over 12 months and broken into 12 equal monthly payments of $8.18 per month (the total anticipated shortage divided by 12). The shortage spread amount of $8.18 will be added to the target escrow payment of $476.30 calculated above, for a sum total of $484.48. This total, $484.48, will be the monthly amount due for payment into escrow.

Therefore, the first monthly mortgage payment for the coming escrow year, beginning with the payment due on 07/01/2018, will be $1,198.65 of which $714.17 will be for principal and interest and $484.48 will go into the escrow account. We will deduct this amount per your Automatic Payment Withdrawal form on file with us. Note - The shortage amount may be paid directly. All or part of the above shortage may be sent to OCWEN at the address provided below. If the shortage is paid, the monthly payment will be adjusted accordingly.

**For any questions**, the Customer Care Center can be reached at **888.554.6599**. Representatives are available Monday through Friday 8 am to 9 pm ET.

**Fax to Attention:** Escrow Department
**Fax Number:** 561.682.7875

**Mailing Address :**
Ocwen Loan Servicing, LLC
Attn: Escrow Department
P.O. Box 650502
Dallas, TX 75265-0502

NMLS #  BKA_SHORTAGE_DA

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



| Ocwen Loan Servicing, LLC | 1661 Worthington Road, Suite 100 |
| --- | --- |
| www.ocwen.com | West Palm Beach, FL 33409 |
| Helping Homeowners Is What We Do!® | Toll Free: 800.746.2936 |

---

**This Coupon Must Be Included with Escrow Shortage Payment**

**Escrow Shortage Payment**

| Charles W Carpenter<br>21861 Brimley Ct<br>Woodhaven, MI 48183-1650<br>Payable to:<br>Ocwen Loan Servicing, LLC<br>Attn: Escrow Department<br>P.O. Box 650502<br>Dallas, TX 75265-0502 | **Account Number**<br>███████<br>**Note** - *If the escrow shortage amount of $98.14, is paid, the monthly escrow payment will be adjusted accordingly.*<br><br>Amount of Payment  $ _____ | **Total Shortage**<br>$98.14 |



| | Ocwen Loan Servicing, LLC | 1661 Worthington Road, Suite 100 |
| --- | --- | --- |
| | www.ocwen.com | West Palm Beach, FL 33409 |
| | *Helping Homeowners Is What We Do!®* | Toll Free: 800.746.2936 |

04/30/2018      **Account Number:** ▉

THOMAS PALUCHNIAK  
700 TOWNER ST  
YPSILANTI, MI 48198-5724

**Property Address:**  
21861 Brimley Ct  
Woodhaven, MI 48183-1650

Dear THOMAS PALUCHNIAK,

We have been notified you are representing Charles W Carpenter. Accordingly, the enclosed correspondence is being directed to you. The enclosures have not been sent directly to Charles W Carpenter. Please provide this correspondence to your client as you deem appropriate.

If you no longer represent Charles W Carpenter, or if you prefer we provide such notices directly to your client, please send a request in writing to:

Ocwen Loan Servicing, LLC  
Attention: Research Department  
P.O. Box 24736  
West Palm Beach, FL 33416-4736

If you are authorizing us to communicate directly with your client, please specify whether the authorization covers written or verbal communication, or both.

Sincerely,  
Loan Servicing

NMLS #▉      BKA_ACCTHIST_DA

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 1 of 1

16-42665-pjs    Doc 74    Filed 06/07/18    Entered 06/07/18 16:07:32    Page 8 of 11



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

04/30/2018

Loan Number

Charles W Carpenter
Pamela J Carpenter
21861 Brimley Ct
Woodhaven, MI 48183-1650

Property Address:
21861 Brimley Ct
Woodhaven, MI 48183-1650

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## Bankruptcy Account History

Dear Borrower(s),

The enclosed update follows notice of your involvement in a bankruptcy petition, filed on 02/26/2016, under Chapter 13 of the Bankruptcy Code.

**This notice relates to the post-petition escrow payments and disbursements only.**

**Important Notices**
Please contact us at once if you are <u>not</u> the subject of a Chapter 13 proceeding or plan.
If you have filed for any other bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case or received any other discharge under the U.S. Bankruptcy Code that applies to this property, please be advised that this notice is for informational purposes only and not intended as an attempt to collect a debt against you personally.

**Analysis Period.** This statement includes actual and scheduled activity in the escrow account from April 2017 through June 2018.

An "s" indicates "scheduled payment".
The monthly mortgage payment in the amount of $1,185.31 of which $714.17 was for principal and interest and $471.14 was allocated to the escrow account.

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | $3,009.81 | $2,596.05 |
| Apr-2017 | $413.76-s | $413.76 | | $127.73 | Misc Escrow Disbursement | $3,423.57 | $2,882.08 |
| May-2017 | $413.76-s | $471.14 | | | | $3,837.33 | $3,353.22 |
| Jun-2017 | $413.76-s | $471.14 | | | | $4,251.09 | $3,824.36 |

NMLS #

BKA_ACCTHIST_DA

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC  
www.ocwen.com  
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100  
West Palm Beach, FL 33409  
Toll Free: 800.746.2936

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| Jul-2017 | $471.14-s | $471.14 | | | | $4,722.23 | $4,295.50 |
| *Aug-2017 | $471.14-s | $471.14 | | $2,918.24 | City Tax (PARCEL # ▮) | $5,193.37 | $1,848.40 |
| * | | | $2,882.08-s | | City Tax | $2,311.29 | $1,848.40 |
| Sep-2017 | $471.14-s | $471.14 | | | | $2,782.43 | $2,319.54 |
| Oct-2017 | $471.14-s | $471.14 | | | | $3,253.57 | $2,790.68 |
| *Nov-2017 | $471.14-s | $471.14 | | $365.42 | City Tax (PARCEL # ▮) | $3,724.71 | $2,896.40 |
| Dec-2017 | $471.14-s | $471.14 | | | | $4,195.85 | $3,367.54 |
| Jan-2018 | $471.14-s | $471.14 | | | | $4,666.99 | $3,838.68 |
| * | | | $484.61-s | | City Tax | $4,182.38 | $3,838.68 |
| *Feb-2018 | $471.14-s | $471.14 | | $2,432.00 | Hazard Insurance (POLICY # ▮) | $4,653.52 | $1,877.82 |
| Mar-2018 | $471.14-s | $471.14 | | | | $5,124.66 | $2,348.96 |
| * | | | $2,287.00-s | | Hazard Insurance | $2,837.66 | $2,348.96 |
| Apr-2018 | $471.14-s | $471.14 | | | | $3,308.80 | $2,820.10 |
| *May-2018 | $471.14-s | | | | | $3,779.94 | $2,820.10 |
| *Jun-2018 | $471.14-s | | | | | $4,251.08 | $2,820.10 |
| TOTALS | $6,894.96 | $6,067.44 | $5,653.69 | $5,843.39 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.

Projected Payments - Last year, we projected that payments made from the escrow account would total $5,653.69. Under Federal law (RESPA), with projected payments of $5,653.69 the lowest monthly balance should not {exceed / fall below} $942.28 or 1/6 of anticipated payments from the account.

Summary of Actual Payments Made from Escrow (as shown above): $3,283.66 for property taxes, $2,432.00 for Hazard Insurance, $127.73 for Misc Escrow Disbursement. Please review the details carefully. If any details appear incorrect, please contact us.

NMLS # ▮

BKA_ACCTHIST_DA

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!*®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

*Note – **POC Escrow Shortage Adjustment** – This transaction reflects credit adjustments made by Ocwen with regard to pre-petition escrow shortage identified at the time of the bankruptcy filing and placed in the Proof of Claim filed by Ocwen and on the Claims Register of the case. Ocwen advances the pre-petition escrow shortage funds to the account so they do not become part of any ongoing post-petition escrow payments and to prevent a "double-dip." All pre-petition escrow shortage funds advanced are repaid as part of Ocwen's Proof of Claim arrearage as per the confirmed plan in the case. If the bankruptcy case is dismissed for any reason or if Ocwen obtains an Order from the Court granting it Relief from the Automatic Stay, any outstanding amounts owed for the pre-petition escrow shortage as stated in Ocwen's Proof of Claim that are not repaid prior to the said dismissal or relief order, will be added back to the outstanding escrow balance on the account.

NMLS #

BKA_ACCTHIST_DA

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*