# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

### COVER SHEET FOR AMENDMENTS

**Case Name:** Charles W. Carpenter / Pamela J. Carpenter

**Case No.:** 16-42665

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

- ☐ **Amendment to Petition:**
    - ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
    - ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)
- ☐ **Summary of Your Assets and Liabilities and Certain Statistical Information**
- ☐ **Statement of Financial Affairs**
- ☑ **Schedules and List of Creditors:**
    - ☐ Schedule A/B
    - ☐ Schedule C ☐ Debtor 2 Schedule C
    - ☐ List of Creditors ☐ Schedule D ☐ Schedule E/F and
        - ☐ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$31 Fee Required**, or
        - ☐ Change address of a creditor already on the List of Creditors - **No Fee Required**
    - ☐ Schedule G
    - ☐ Schedule H
    - ☐ Schedule I
    - ☑ Schedule J
    - ☐ Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):**

| | |
|---|---|
| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
| **Date** April 11, 2019 | **Signature** /s/ William C. Babut |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| **Date** April 11, 2019 | **Signature** /s/ Charles W. Carpenter |
| **Date** April 11, 2019 | **Signature** /s/ Pamela J. Carpenter |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## CORRECTIONS TO THE LIST OF CREDITORS

**Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**      **PLEASE CHANGE TO:**
-NONE-

_____      _____

## ADDITIONS TO THE LIST OF CREDITORS

**Use this section to identify creditors added to the schedules and List of Creditors.**

**NAME OF CREDITOR:** _____

**ADDRESS:** _____
_____

**NAME OF CREDITOR:** _____

**ADDRESS:** _____
_____

**NAME OF CREDITOR:** _____

**ADDRESS:** _____
_____

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

## United States Bankruptcy Court
### Eastern District of Michigan

In re: **Charles W. Carpenter / Pamela J. Carpenter**, Debtor(s)

Case No. **16-42665**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2019, a copy of **the Cover Sheet for Amendments, Statement of Affirmations and Amended Schedule J** was served electronically or by regular United States mail to all interested parties.

/s/ Kim Justice
Legal Secretary
BABUT LAW OFFICES, P.L.L.C.
700 Towner Street
Ypsilanti, MI 48198
(734) 485-7000 Fax:(734) 485-6251
kim@babutlaw.com