UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:
   Charles W. Carpenter and Pamela J. Carpenter     Chapter 13
                                                       Case Number: 16-42665
                           Debtor(s)                     Hon. Phillip J. Shefferly
_____/

**Proposed Chapter 13 Plan Modification**

NOW COME Debtor(s) Charles and Pamela Carpenter, by and through undersigned counsel, and propose to modify their confirmed Chapter 13 Plan as follows:

1. Debtor(s) filed their petition for Chapter 13 Bankruptcy relief on February 26, 2016.

2. Debtor(s) plan was confirmed on October 22, 2016.

<u>Proposed Modification Number One</u>

3. Debtor(s) are obligated, pursuant to their confirmed plan, to remit their federal income tax refund to the Office of the Standing Trustee for every taxable year they remain in their Chapter 13 Bankruptcy.

4. For the taxable year of 2018, Debtor(s) received a federal income tax refund of $1,545.00.

5. For the taxable year of 2017, Debtor(s) received a federal income tax refund of $581.00.

6. Debtor(s) propose to excuse their obligation to remit their federal income tax refund for the years 2017 and 2018.

7. As justification, Debtor(s) offer proof of the following unanticipated expenses (the "Expenses"):

a. Debtor Charles Carpenter drives a used car from 2001 to save money, he had unforeseen repairs, completed on December 13, 2018, in the amount of $348.40. See attached **Exhibit 6**.

b. Debtor Charles Carpenter incurred further car repairs, completed on May 4, 2018, in the amount of $248.40. See attached **Exhibit 6**.

c. Debtor(s) collectively incurred a balance with DTE of $1081.37, from meter adjustments due to their enrollment in a payment plan, on April, 2019. See attached **Exhibit 6**.

d. Debtor(s) collectively incurred damage to their home in the form of water damage/basement flooding, and their insurance left a $1,000.00 deductible to be paid through an invoice dated November 2, 2018.

8. Because part of the Expenses are for the health, support, and wellbeing of the Debtor(s), and due to the unanticipated nature of the expenses, the retention of both 2017 and 2018 income tax refunds is justified.

Proposed Modification Number Two

9. Debtor(s) have incurred an increased Health Insurance expense due to their age, and the fact that Blue Cross Blue Shield, "Legacy" plans are based (to some degree) on medicare received by each individual Debtor.

10. Due to this occurrence, Debtor(s) must maintain separate health insurance plans, and as their age increases, their premiums are as well.

11. Debtor Charles Carpenter has a premium of $259.23 per month, and Debtor Pamela Carpenter has a premium of $229.12. See attached **Exhibit 6**.

12. Due to these increased expenses, Debtor(s) disposable income per month has decreased.

13. Due to this increase in expense, the Debtor(s) propose to pay, from herein, $262.96 per month.

Proposed Modification Number Three

14. Debtors(s) are behind in their plan payment by $327.99.

15. This delinquency came early on in their plan, and subsequent increased expenses have kept Debtor(s) from catching up in their plan payments.

16. Debtor(s) are 97% paid in and their budget is very tight, paying a lump-sum may cut into Debtor(s) expenses that are necessary for their health, support, and wellbeing.

17. Therefore, Debtor(s) propose that the $327.99 delinquency in their plan payments be excused.

18. Debtor(s) are filing an amended Schedule J, concurrently with the filing of this Proposed Plan Modification.

19. A plan calculation, plan worksheet, liquidation analysis, and proof of expenses are attached as **Exhibit 6**.

20. This proposed modifications have the following impact on the classes of creditors being paid by the Trustee as follows:

   a. **Class one administrative claims** – will not be impacted.
   b. **Class two continuing claims** – will not be impacted.
   c. **Class three secured claims to be stripped from the collateral** – will not be impacted.
   d. **Class four continuing claims that survive the plan** – will not be impacted
   e. **Class five secured claims where the last payment will become due during the plan** – will not be impacted.
   f. **Class six executory contracts** – will not be impacted.
   g. **Class seven priority unsecured claims** – will not be impacted –the IRS' claim is paid.
   h. **Class eight special unsecured claims** – will not be impacted.
   i. **Class nine general unsecured claims** – will decrease dividend, however, payment was increased due to "best effort", and the evidence of new expenses reduces "best effort".

WHEREFORE, Debtor(s)' respectfully request this honorable Court enter an order granting Debtor(s)' Proposed Plan Modification as more specifically set forth in the attached **Exhibit 1**.

Respectfully submitted,

Dated: April 11, 2019

/s/William C. Babut
William C. Babut (P41099)
Babut Law Offices, PLLC
Attorneys for Debtor
700 Towner St.
Ypsilanti, MI 48198
(734) 485-7000
wbabut@babutlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:
   Charles W. Carpenter and Pamela J. Carpenter     Chapter 13
                                                    Case Number: 16-42665
                               Debtor(s)                           Hon. Phillip J. Shefferly
_____/

### **Order Granting Proposed Chapter 13 Plan Modification**

THIS MATTER having come before the Court on Debtor's Proposed Plan Modification; no parties having objected or after hearing, and the Court being duly informed in the premises:

IT IS ORDERED that Debtor(s)' duty to remit their 2017 and 2018 federal income tax returns is excused, and Debtor(s) shall retain their tax refunds.

IT IS FURTHER ORDERED that Debtor(s)' plan shall immediately be reduced to $262.96, and Trustee shall reduce the amount taken drafted through ACH to reflect the same.

IT IS FURTHER ORDERED that Debtor(s)' plan delinquency of $327.99 is excused.

IT IS FURTHER ORDERED that in all other respects, the Order Confirming Plan shall remain in full force and effect.

**Exhibit 1**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:

   Charles W. Carpenter and Pamela J. Carpenter        Chapter 13
                                                                       Case Number: 16-42665
                                   Debtor(s)                      Hon. Phillip J. Shefferly
_____/

## **<u>Notice of Deadline to Object to Proposed Chapter 13 Plan Modification</u>**

   The deadline to file an objection to the attached proposed Chapter 13 plan modification is 21 days after service.

   If no timely objection is filed, the proponent of the plan modification may file a certificate of no objection and the modified plan will then become effective.

   If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

   Objections to the attached proposed chapter 13 plan modification shall be served on the following:

| | |
|---|---|
| William C. Babut | David Wm. Ruskin |
| Babut Law Office, P.L.L.C. | Chapter 13 Trustee |
| 700 Towner Street | 26555 Evergreen Rd., Suite 1100 |
| Ypsilanti, MI 48198 | Detroit, MI 48076 |

Date: April 11, 2019

                                                             /s/ William C. Babut
                                                             William C. Babut (P41099)
                                                             Babut Law Offices, P.L.L.C.
                                                              700 Towner Street
                                                              Ypsilanti, MI 48198
                                                              734-485-7000
                                                              wbabut@babutlaw.com

### **<u>EXHIBIT 2</u>**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:

Charles W. Carpenter and Pamela J. Carpenter     Chapter 13
Case Number: 16-42665
Debtor(s)     Hon. Phillip J. Shefferly
_____/

# PROOF OF SERVICE

    Kim Justice hereby certifies that on April 12, 2019, that she served a copy of the following documents:

- Proposed Chapter 13 Plan Modification,
- Notice of Deadline to Object to Proposed Chapter 13 Plan Modification
- Proposed Order Granting Proposed Chapter 13 Plan Modification
- Exhibit(s)
- Proof of Service

    On All interested parties on the attached Court Matrix,

Dated: April 12, 2019            /s/ Kim Justice
                                               Kim Justice
                                               Babut Law Offices, P.L.L.C.
                                               700 Towner Street
                                               Ypsilanti, MI  48198
                                               734-485-7000
                                               kim@babutlaw

**EXHIBIT 4**