# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

Charles W. Carpenter,
Pamela J. Carpenter,

DEBTORS.

_____/

CHAPTER 13
CASE NO. 16-42665-PJS
JUDGE PHILLIP J. SHEFFERLY

## TRUSTEE'S OBJECTION TO PROPOSED
## CHAPTER 13 PLAN MODIFICATION

**NOW COMES** the Chapter 13 Standing Trustee in this matter, David Wm. Ruskin, and objects to the Debtors' Proposed Chapter 13 Plan Modification, and in support thereof states as follows:

1. Debtors' Modification seeks to excuse Debtors' obligation to remit tax refunds for the years 2017 and 2018 based upon automobile expenses, unpaid electric bills and alleged water damage. Although Debtors' Modification references "Exhibit 6" there does not appear to be any such exhibit attached and the Trustee has not been provided with documentation concerning any of these alleged expenses. Accordingly, the Modification does not comply with 11 USC Section 1325 or 11 USC Section 1329.

2. Although Debtors have filed an Amended Schedule J in support of this Modification, Debtors have not provided to the Trustee updated paystubs or any other documentation concerning Debtors' current income and have not filed an Amended Schedule I. Without that documentation, the Modification does not comply with 11 USC Section 1325 or 11 USC Section 1329.

3. The Modification also seeks to excuse Plan payments in the amount of $327.99. Debtors' Modification does not allege any change in circumstances warranting excusal of Plan payments. Accordingly, the Modification does not comply with 11 USC Section 11 USC Section 1325 or 11 USC Section 1329.

4. Debtors' Chapter 13 Plan payment is currently $423.18 per month. Debtors' Amended Schedule J filed April 12, 2019, indicates that Debtors have monthly disposable income of $508.18. Debtors' Modification does not constitute good faith where Debtors are attempting to excuse payments and excuse tax refunds but are not committing what Debtors' acknowledge to be 100% of their disposable income. Accordingly, the Modification does not comply with 11 USC Section 1325 or 11 USC Section 1329.

5. Debtors have not provided to the Chapter 13 Trustee copies of their 2017 or 2018 Federal Income Tax Returns, without which, it cannot be determined whether Debtors' Modification complies with 11 USC Section 1325 or 11 USC Section 1329.

6. Debtors have not provided to the Chapter 13 Trustee updated proof of all sources of income as required by 11 USC Section 1325 and 11 USC Section 1329.

**WHEREFORE**, the Chapter 13 Standing Trustee requests that this Honorable Court deny the relief requested by the Debtors and grant any further and other relief as this Court deems equitable and just.

OFFICE OF DAVID WM. RUSKIN,
STANDING CHAPTER 13 TRUSTEE

Dated: May 2, 2019

By: /s/ Thomas D. DeCarlo
LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
Attorneys for Chapter 13 Trustee,
   David Wm. Ruskin
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
Telephone (248) 352-7755

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN RE:**

Charles W. Carpenter,
Pamela J. Carpenter,

              DEBTORS.
_____/

CHAPTER 13
CASE NO. 16-42665-PJS
JUDGE PHILLIP J. SHEFFERLY

## CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTION TO PROPOSED CHAPTER 13 PLAN MODIFICATION

I hereby certify that on May 2, 2019, I electronically filed the TRUSTEE'S OBJECTION TO PROPOSED CHAPTER 13 PLAN MODIFICATION with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

    BABUT LAW OFFICES PLLC
    700 TOWNER STREET
    YPSILANTI, MI  48198-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

    Charles W. Carpenter
    Pamela J. Carpenter
    21861 Brimley Court
    Trenton, MI  48183-0000

                /s/ Jayme L. DePriest_____
                Jayme L. DePriest
                For the Office of David Wm. Ruskin,
                Chapter 13 Standing Trustee - Detroit
                1100 Travelers Tower
                26555 Evergreen Road
                Southfield, MI 48076-4251
                (248) 352-7755