# Global Car Care

3171 Dix Ave.
Lincoln Park, MI 48146
(313) 382-6455 • Fax 313-382-6456
"The Best Car Care In The World"
STATE FACILITY #: F155125

☑ Invoice
Date: 12/13/18

PAYMENT METHOD
☐ Cash ☐ Check ☑ VISA ☐
☐ Discover ☐ Other

**Customer:** Chuck Carpenter
**Phone:** (734) 341-2437

**Year:** 2001
**Model:** Park Avenue
**Mileage:** 190,375
**VIN #:**
**Make:** Buick
**Engine:** 3.8L
**License #:** 9543K6

| QUAN | PRODUCT / PART NO. / DESCRIPTION | LABOR | PRICE | ITEM TOTAL |
|---|---|---|---|---|
| 1 | New Water Pump Antifreeze D.I. | 200.00 | 80.00 | |
| 1 | New Serpentine Belt | | 40.00 | |
| 1 | New Fuel Filter | | 20.00 | |
| | | | 140.00 | |

PAID

SHOP SUPPLIES: ~~$~~ (X)
SUB TOTAL: 340.00
TAX: 8.40
TOTAL: $348.40

NAME OF MECHANIC(S): Alan Nash M305728
CERTIFICATION NO: 7-
David Carpenter

COMPLETION CERTIFICATE signed 12/13/18



# GLOBAL CAR CARE
3171 Dix Ave.
Lincoln Park, MI 48146
(313) 382-6455 • Fax 313-382-6456
"The Best Car Care In The World"
STATE FACILITY #: F155125

Estimate No. 24853

☐ Estimate
☑ Invoice

Date: 5/4/18

**PAYMENT METHOD**
☐ Cash ☐ Check ☐ VISA ☑ MC ☐ Discover ☐ Other

CUSTOMER: CHUCK CARPENTER

Year: 2001
Make: BUICK
Model: PARK AVE
Engine:
Mileage: 171,886
License #: 2543X46
VIN #: 173711-2937

| QUAN | P/N | PRODUCT / PART NO. / DESCRIPTION | LABOR | PRICE | ITEM TOTAL |
|---|---|---|---|---|---|
| 1 | | NCN1035 New L.F. Axle Shaft LT | 100.00 | 100.00 | PAID M.C |
| 3 | | K5355 New Front Stabilizer Link ST.LT | | 40.00 | |

SUB TOTAL: 240.00
TAX: 8.40
TOTAL: $248.40

NAME OF MECHANIC(S): ALNASH MOSTA
X David Carpenter CUSTOMER SIGNATURE

---

GLOBAL CAR CARE
3171 DIX AVE
LINCOLN PARK, MI 48146
(313) 382-6455

**Sale**

Merchant ID: 542929806858718
Term ID: 1K00550136
May 05, 2018                10:24:40
Batch#: 009           Inv #: 000001
DEBIT            Entry Method: S
XXXXXXXXXXXX2950
Seq #: 0001          Appr Code: 000691
Trace #: 796460

Total:              $    248.40

**APPROVED**

Customer Copy

THANK YOU!

TRANSACTION
ENCRYPTED BY
RUA1PAY
REFERENCE ID:
18050500090001



```
910008092934   0108137 B
```



## Payment Coupon

|  |  |
|---|---|
| Please indicate amount paying $ |  |
| Account Number | 9100 080 9293 4 |
| Due Date: | April 10, 2019 |
| Total Due: | $1,081.37 |

H

CHARLES W CARPENTER
21861 BRIMLEY CT
WOODHAVEN, MI 48183-1650

Mail Payments to:

DTE Energy
P.O. Box 740786
Cincinnati OH 45274-0786

For address corrections, please visit dteenergy.com
or call 800.477.4747.

Return upper portion with your payment      200111385780

Keep lower portion for your records

### Contact Information

| | |
|---|---|
| Gas Leak or Gas Emergency | 800.947.5000 |
| Customer Service or Power Outage | 800.477.4747 |
| Hearing-Impaired TDD Line | 800.888.6886 (Mon-Fri 8am-5pm) |
| Web Site | dteenergy.com |

### Programs you are enrolled in

BudgetWise Billing - Settlement Month May
Home Protection Plan - 800.556.0011
Appliance Repair
Senior Program

## Summary of Charges

| Account Number | 9100 080 9293 4 |
|---|---|

### Your Payment Plan Summary

| | |
|---|---|
| Last Month's Amount Due | 1,014.13 |
| Payment Received Feb 27, 2019 | – 256.00 |
| Payment Received Feb 27, 2019 | – 2.56 |
| Prior Period Balance | 755.57 |
| Current Payment Plan Amount | 256.00 |
| Non-Payment Plan Charges | 69.80 |
| **Payment Due By** | **$1,081.37** |
| April 10, 2019 | |

### Actual Balance Information

| | |
|---|---|
| Beginning Balance | 1,349.49 |
| Payment Received Feb 27, 2019 Thank You! | – 256.00 |
| Payment Received Feb 27, 2019 Thank You! | – 2.56 |
| Balance Prior to Current Charges | 1,090.93 |
| Total Current Charges | 497.69 |
| Account Balance as of March 19, 2019 | $1,588.62 |

## Your Monthly Energy Usage

For ways to save energy and save money, go to dteenergy.com/saveenergy

### ELECTRIC — KWH

Mar 2018: 17.9, Apr: 18.6, May: 18.9, Jun: 42.4, Jul: 58.6, Aug: 38.9, Sep: 36.5, Oct: 23.3, Nov: 17.6, Dec: 24.8, Jan: 26.0, Feb: 19.6, Mar 2019: 18.1

Your usage is based on an ACTUAL meter reading

Average Usage per day
| | Current Month | Last Month | Month Ago |
|---|---|---|---|
| KWH Usage | 18.1 | 19.6 | 17.9 |

### GAS — CCF

Mar 2018: 6.3, Apr: 6.0, May: 2.6, Jun: 0.9, Jul: 0.7, Aug: 0.9, Sep: 0.8, Oct: 1.3, Nov: 4.4, Dec: 6.8, Jan: 10.2, Feb: 13.9, Mar 2019: 15.8

Your usage is based on an ACTUAL meter reading

Average Usage per day
| | Current Month | Last Month | Month Ago |
|---|---|---|---|
| CCF Usage | 15.8 | 13.9 | 6.3 |



Gold Star Property Restoration
2325 Alger Drive
Troy, MI 48083
(248) 688-9963
(248) 250-9674 Fax

| Date: | 11/02/18 | | Invoice #: | SI-11030 |

# INVOICE

| Care of: | Bill To: |
|---|---|
| CHARLES CARPENTER (Repairs) | Charles Carpenter<br>21861 Brimley Ct<br>Woodhaven, MI 48183<br>USA |

| Estimator | Job # | File/Claim # | Terms |
|---|---|---|---|
|  | GR-18399-R | 401005141 | Due Upon Receipt |

| Description | Total |
|---|---|
| Reconstruction | $2,944.41 |

Previous Payments
RCV-10823        11/02/18    Check                         $1,944.41

*State Tax Id #*
*Payment terms*

| Subtotal | $2,944.41 |
|---|---|
| NO TAX | $0.00 |
| **Total:** | **$2,944.41** |

Amount Due: $1,000.00



CARPENTER, PAMELA J
21861 BRIMLEY COURT
WOODHAVEN MI 48183

Coverage Contract #: 911960639      $229.12
Account #: 9119606390000710 | Date Billed: 03/03/2019 | Invoice Number: 086808115 | Billing Period: 04/01/2019-04/30/2019 | Plan: Medigap Plan C | Enrollment Source: Blue Cross Blue Shield of Michigan      Due 03/25/2019

## Coverage details

### PAMELA J CARPENTER      $229.12
Last Name: CARPENTER | First Name: PAMELA | Middle Initial: J | Contract Number: 9119606390000710 | Billed From: 04/01/2019 | Billed Through: 04/30/2019 | Current Charges: $229.12 | Contract Type: Subscriber | Benefit Description: Medigap Plan C

If we do not receive full payment by the due date, you may not be able to use your benefits.
It may take 2-3 business days for your payment to reflect in your updated amount due.

| | |
|---|---:|
| AR ADJUSTMENTS | $0.00 |
| PRIOR AMOUNT BILLED | $224.96 |
| PAYMENTS RECEIVED | ($224.96) |
| CURRENT ADJUSTMENTS | $0.00 |
| CURRENT PREMIUM AMOUNT | $229.12 |
| TOTAL AMOUNT DUE | $229.12 |



**Blue Cross Blue Shield** of Michigan

INVOICE:086698846

SUBSCRIBER STATEMENT

Visit us on the web at: www.bcbsm.com

| ACCOUNT NUMBER | DATE DUE | TOTAL AMOUNT DUE |
|---|---|---|
| 9214231020001710 | 03/25/2019 | $259.23 |

**CARPENTER, CHARLES W**
**21861 BRINLEY CT**
**WOODHAVEN, MI 481830000**

How to reach us...
**BCBSM Customer Service**

For questions concerning your bill, please call the toll free number on the back of your ID card.

KEEP THIS PORTION FOR YOUR RECORDS

*TEAR HERE    Blue Cross Blue Shield of Michigan is a nonprofit corporation and independent licensee of the Blue Cross and Blue Shield Association    TEAR HERE*



**Blue Cross Blue Shield** of Michigan

INVOICE:086698846

Do not send cash. Make checks payable to: Blue Cross Blue Shield of Michigan
Include your ACCOUNT NUMBER on the check and mail to

**Valued Customer**

**BLUE CROSS BLUE SHIELD OF MICHIGAN**
PO BOX 553174
DETROIT, MI 48255-3174

| DATE DUE | TOTAL AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|
| 03/25/2019 | $259.23 | $ |

ACCOUNT NUMBER
9214231020001710

0070000140001C0000000000000000002321720259232

Not including this coupon with your payment could delay posting of your payment by 10 days and may delay access to your benefits

CC 0299 NOV 06 Blue Cross Blue Shield of Michigan is a nonprofit corporation and independent licensee of the Blue Cross and Blue Shield Association

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 146,000.00 | 211,451.00 | 0.00 | 0.00 | 0.00 |
| REAL ESTATE OTHER THAN PERSONAL RESIDENCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 5,850.00 | 0.00 | 5,850.00 | 5,850.00 | 0.00 |
| JEWELRY | 450.00 | 0.00 | 450.00 | 450.00 | 0.00 |
| CASH/BANK ACCOUNTS | 460.00 | 0.00 | 460.00 | 460.00 | 0.00 |
| VEHICLES<br>2008 Pontiac Grand Prix<br>2005 Buick Terrazza | 6,000.00<br>3,000.00 | 6,331.08<br>0.00 | no equity<br>3000.00 | no equity<br>3000.00 | 0.00<br>0.00 |
| OTHER (itemize) | | | | | |
| 401(k) [estimate]: Franklin Investments | 78,900.00 | 0.00 | 78,900.00 | 78,900.00 | 0.00 |
| Prudential Retirement Annuity [monthly distribution listed] | 110.16 | 0.00 | 110.16 | 110.16 | 0.00 |
| Prudential Retirement Annuity [inherited - amount listed estimated] | 1,064.00 | 0.00 | 1,064.00 | 1,064.00 | 0.00 |
| Met Life Term Life Policy [initiated through the Debtor's former employer [GM]] Beneficiary: Pamela Carpenter | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 |
| OTHER (total) | 80,075.16 | 0.00 | 80,075.16 | 80, 075.16 | 0.00 |

Amount available upon liquidation $ 0.00

Less administrative expenses and costs $ 0.00

Less priority claims $ 0.00

Amount Available in Chapter 7 $ 0.00

<u>**ATTACHMENT 2**</u>

CHAPTER 13 MODEL WORKSHEET
LOCAL BANKRUPTCY RULE 3015-1(B)(2 E.D.M.)

1. Length of Plan is **36** months

2. Initial Plan Payment:
   $**258.18** per month x **36** months = $**9,294.48** (subtotal)

3. Additional Payments: $_____ per=

4. Lump Sums: $0.00

5. Total to be paid into Plan (total of lines 2 through 4) $9,294.48

6. Estimated Disbursements other than to Class 9 General Unsecured Creditors

   a. Estimated trustee's fees $557.64

   b. Estimated Attorney Fees and costs through confirmation of plan $2900.00 [paid by Trustee] $600 paid by the Debtors

   c. Estimated Attorney Fees and costs Post-confirmation through duration of Plan $500.00

   d. Estimated Fees of Other Professionals $0.00

   e. Total mortgage and other continuing secured debt payments $0.00

   f. Total non-continuing secured debt payments (including interest) $0.00

   g. Total priority claims $3,712.55

   h. Total arrearage claims $0.00

7. Total Disbursements other than to Class 9 General Unsecured Creditors (Total of lines 6.a through 6.h) $ 7,670.19

8. Funds *estimated* to be available for Class 9 General Unsecured Creditors (item 5 minus item 7) $ 1624.29

9. Estimated dividend to Class 9 General Unsecured Creditors in Chapter 7 proceeding (see liquidation analysis on page 6) $ 0.00

COMMENTS:

Chapter 13 Model Plan - version 3.0

| Change Line# | 0 | OK | Plan Terms | 5 | Calc | Unsecured % | 18.6 | Calc | Due to Creditors: | $0.00 | $1,314.75 |

Restart

In from Debtor: $262.96 $1,314.80

Trustee's % 8.5
Lump Sum $ 0.00
Delete Line 0 OK

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| Charles W. Carp | $262.96 | MONTHLY | $ | ? |
| Charles W. Carp | $0.00 | WEEKLY | $ | ? |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| Pamela J. Carpe | $0.00 | WEEKLY | $ | ? |

16-42665-pjs    Doc 86-1    Filed 05/02/19    Entered 05/02/19 18:34:06    Page 9 of 9