# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.:  16−42665−pjs
Chapter:  13
Judge:  Phillip J Shefferly

In Re: (NAME OF DEBTOR(S))

Charles W. Carpenter
21861 Brimley Court
Trenton, MI 48183

Pamela J. Carpenter
21861 Brimley Court
Trenton, MI 48183

Social Security No.:
xxx−xx−8520

xxx−xx−2885

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*83* − Chapter 13 Post−Confirmation Plan Modification Filed by Debtor Charles W. Carpenter, Joint Debtor Pamela J. Carpenter (RE: related document(s)43 Amended Chapter 13 Plan − Pre Confirmation). (Attachments: # 1 MATRIX)(Babut, William)

will be held on: 6/4/19 at 09:00 AM at Courtroom 1975, 211 West Fort Street Bldg., ACROSS THE STREET FROM FEDERAL BUILDING, Detroit, MI 48226

Dated: 5/3/19

BY THE COURT

Katherine B. Gullo, Clerk of Court
U.S. Bankruptcy Court